**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

HARRISON PHIPPS, on behalf of
himself and those similarly situated,

    Plaintiff,

v.           Case No:   3:12-cv-299-J-32JRK

W.W. CONTRACTORS, INC., a Florida
Profit Corporation, JOHN M.
WILLIAMS, individually, EDDIE
ANGELL, individually, W.W.
PLASTERING, INCORPORATED, a
Florida Profit Corporation, and FIRST
COAST EXTERIORS, INC., a Florida
Profit Corporation,

    Defendants.

## ORDER

This case is before the Court on the April 25, 2014 Report and Recommendation of the assigned United States Magistrate Judge (Doc. 127) which recommends that the Joint Motion for Approval of (Partial) Consent Judgment (Doc. 121) be granted, that the Court approve the parties' settlement and enter judgment against defendants W.W. Contractors, Inc., John M. Williams, and W.W. Plastering, Incorporated in substantially similar form to their proposed judgment, and that the case be dismissed with prejudice as to those defendants, but continue as to First Coast Exteriors, Inc.

No objections were filed and the time in which to do so has now passed.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).  Upon independent review of the file, the undersigned agrees with the Magistrate Judge.  It is therefore hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 127) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion for Approval of (Partial) Consent Judgment (Doc. 121) is **GRANTED**.

3. The Court approves the settlement between the parties and will enter judgment in favor of Plaintiff Harrison Phipps and against Defendants W.W. Contractors, Inc., John M. Williams, and W.W. Plastering, Incorporated in the amount of $33,036.55, plus attorney's fees and litigation expenses in the amount of $45,000.00.

4. The Court will additionally enter judgment in favor of Defendant Eddie Angell and against Plaintiff Harrison Phipps pursuant to the November 27, 2013 Order (Doc. 114) granting Angell's motion for summary judgment.

5. This Clerk is directed to terminate Defendants W.W. Contractors, Inc., John M. Williams, W.W. Plastering, Incorporated, and Eddie Angell **only**. The file otherwise remains open as to Defendant First Coast Exteriors, Inc.

**DONE AND ORDERED** at Jacksonville, Florida this 27th day of May, 2014.

TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies to:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record

2