UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HARRISON PHIPPS, on behalf of
himself and those similarly situated,

    Plaintiff,

v.                                              Case No. 3:12-cv-299-J-32JRK

W.W. CONTRACTORS, INC., a Florida
Profit Corporation, JOHN M.
WILLIAMS, individually, EDDIE
ANGELL, individually, W.W.
PLASTERING, INCORPORATED, a
Florida Profit Corporation, and
FIRST COAST EXTERIORS INC., a
Florida Profit Corporation,

    Defendant.

**O R D E R**

This case is before the Court on the Joint Motion for Approval of Settlement Agreement (Doc. 154). On September 15, 2015, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 157) recommending that the settlement be approved, with the exception of the confidentiality provision, and that the Court retain jurisdiction to enforce the agreement.

No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 157), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 157) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion for Approval of Settlement Agreement (Doc. 154) is **GRANTED to the extent** that the Settlement Agreement is **APPROVED** with the exception of the confidentiality provision in Page 3, Paragraph 7 (Doc. 154-1 at 3 ¶ 7).

3. The Court will retain jurisdiction to enforce the terms of the Settlement Agreement through **September 1, 2016**, subject to any party moving the Court to retain jurisdiction beyond that date.

4. Consistent with the Settlement Agreement, on or before **September 1, 2016**, the parties shall file a joint motion for dismissal or other appropriate documents to close out the file. If the parties have not filed dismissal papers or a request for extension of time by that date, the case will be automatically deemed to be dismissed without prejudice and without further order of the Court.

5. The case remains closed.

**DONE AND ORDERED** in Jacksonville, Florida the 7th day of October, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies to:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of record